# LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

August 20, 2009

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, New York 12207

RE: Bankruptcy Estate of **Brian & Pam Doyle**
Bankruptcy No. **05-19543 - Chapter 7**

Dear Clerk:

Enclosed please find our Trustee's check number 111 in the sum of $4,399.30 representing funds uncashed after the 90 day period in the above captioned bankruptcy estate. This check replaces the following check(s):

Check No.109 in the amount of $4,399.30 payable to FIA Card Services, NA, 1000 Samoset Drive, DE5 023 03 03, Newark, DE 19713 dated May 6, 2009.

Thank you.

Very truly yours,

William M. McCarthy

WMM/dvo
Enc.